# EXHIBIT A

| High 5 Games, LLC Games Using IGT Trademarks, or Confusingly Similar Term | IGT Trademark Registration No., if Applicable | IGT Trademark Registration Date, if Applicable | IGT Trademark Description of Goods and Services, if Applicable |
|---|---|---|---|
| A Night of Mystery | 4126286 | April 10, 2012 | Gaming machines, namely, devices which accept a wager |
| Amulet and the Charm, The | 4053698 | November 8, 2011 | Gaming machines, namely, devices which accept a wager |
| Ancient Arcadia | 3962277 | May 17, 2011 | Gaming machines, namely, devices which accept a wager |
| Bear Mountain | 4488869 | February 25, 2014 | Gaming machines, namely, devices which accept a wager |
| Betti the Yetti | 3101649 | June 6, 2006 | Gaming machines, namely, slot machines with or without video output, video lottery terminals, [gaming machines for play or an interactive, electronic bingo game]. |
| Big Dragon Lounge | 4262479 | December 18, 2012 | Gaming machines, namely, devices which accept a wager |
| Big Top Circus | | | |
| Birds of Wonder | 4318114 | April 9, 2013 | Gaming machines, namely, devices which accept a wager |
| Black Widow | 4598947 and 2140945 | September 2, 2014 and March 3, 1998 | Entertainment services, namely, providing on-line computer games; Gaming machines, namely, slot machines with or without a video output |
| Book of Wonder | 4429119 | November 5, 2013 | Gaming machines, namely, devices which accept a wager |
| Brazilia | | | |
| Captain Payback | 3633117 | June 2, 2009 | Gaming machines, namely, devices which accept a wager |

| High 5 Games, LLC Games Using IGT Trademarks, or Confusingly Similar Term | IGT Trademark Registration No., if Applicable | IGT Trademark Registration Date, if Applicable | IGT Trademark Description of Goods and Services, if Applicable |
|---|---|---|---|
| Cats | | | |
| Cave King | 3677927 | September 1, 2009 | Gaming machines, namely, devices which accept a wager |
| Charleston, The | | | |
| Cherry Mischief, The | 4179789 | July 24, 2012 | Gaming machines, namely, devices which accept a wager |
| Chez Tabasco | | | |
| City of Lights | 4556219 | June 24, 2014 | Gaming machines, namely, devices which accept a wager |
| Count of Monte Cristo, The | | | |
| Country Cash | 3518333 | October 14, 2008 | Gaming machines, namely, devices which accept a wager |
| Crystal Kingdom | 3994391 | July 12, 2011 | Gaming machines, namely, devices which accept a wager |
| Cyrano | 3975117 | June 7, 2011 | Gaming machines, namely, devices which accept a wager |
| Da Vinci Diamonds | 3330664 | November 6, 2007 | Gaming machines, namely, devices on which a wager is placed [and components therefor] |
| Dangerous Beauty | 3990568 | July 5, 2011 | Gaming machines, namely, devices which accept a wager |
| Dangerous Beauty 2 | 3990568 (to DANGEROUS BEAUTY) | July 5, 2011 | Gaming machines, namely, devices which accept a wager |
| Diamond Diamond | 4206415 | September 11, 2012 | Gaming machines, namely, devices which accept a wager |
| Diamond Skies | 4552566 | June 17, 2014 | Gaming machines, namely, devices which accept a wager |

| High 5 Games, LLC Games Using IGT Trademarks, or Confusingly Similar Term | IGT Trademark Registration No., if Applicable | IGT Trademark Registration Date, if Applicable | IGT Trademark Description of Goods and Services, if Applicable |
|---|---|---|---|
| Diamonds by Da Vinci | 3330664 (to DA VINCI DIAMONDS) | November 6, 2007 | Gaming machines, namely, devices on which a wager is placed [and components therefor] |
| Diamonds of Athens | 4397850 | September 3, 2013 | Gaming machines, namely, devices which accept a wager |
| Disco Nights | | | |
| Dogs | | | |
| Double Da Vinci Diamonds | 3330664 (to DA VINCI DIAMONDS) | November 6, 2007 | Gaming machines, namely, devices on which a wager is placed [and components therefor] |
| Double Dinosaur | 4002730 | July 26, 2011 | Gaming machines, namely, devices which accept a wager |
| Double Dinosaur Deluxe | 4002730 (to DOUBLE DINOSAUR) | July 26, 2011 | Gaming machines, namely, devices which accept a wager |
| Dream, The | 4132212 | April 24, 2012 | Gaming machines, namely, devices which accept a wager |
| Ducks in a Row Enchantment | 3068296 (to DUCKS IN A ROW) | March 14, 2006 | Gaming machines, namely, devices which accept a wager [and components therefor, namely, controllers, displays, button panels, bolsters, electrical wiring, and computer hardware and software associated therewith] |
| Enchantment, The | 3994336 | July 12, 2011 | Gaming machines, namely, devices which accept a wager |
| Figaro, The | | | |
| Four Great Chinese Beauties | 4125813 | April 10, 2012 | Gaming machines, namely, devices which accept a wager |

| High 5 Games, LLC Games Using IGT Trademarks, or Confusingly Similar Term | IGT Trademark Registration No., if Applicable | IGT Trademark Registration Date, if Applicable | IGT Trademark Description of Goods and Services, if Applicable |
|---|---|---|---|
| Genie Wishes | 4437115 | November 19, 2013 | Gaming machines, namely, devices which accept a wager |
| Get Nuts | | | |
| Glory on Ice | | | |
| Goddess of Desire | 4403674 | September 17, 2013 | Gaming machines, namely, devices which accept a wager |
| Goddess of Valhalla | 4752292 | June 9, 2015 | Gaming machines, namely, devices which accept a wager |
| Golden Blossom | 3728833 | December 22, 2009 | Gaming machines, namely, devices which accept a wager |
| Golden Goddess | 3976064 | June 7, 2011 | Gaming machines, namely, devices which accept a wager |
| Golden Knight | 3938312 | March 29, 2011 | Gaming machines, namely, devices which accept a wager |
| Golden Odyssey | 4143089 | May 15, 2012 | Gaming machines, namely, devices which accept a wager |
| Golden Three Kingdom | | | |
| Hoot Loot | 2936925 | March 29, 2005 | Gaming machines, namely, slot machines with or without video output or video lottery terminals |
| House of Jewels | 4557401 | June 24, 2014 | Gaming machines, namely, devices which accept a wager |
| Irving the Viking | 3728789 | December 22, 2009 | Gaming machines, namely, devices which accept a wager |
| Island Eyes | 4505731 | April 1, 2014 | Gaming machines, namely, devices which accept a wager |

| High 5 Games, LLC Games Using IGT Trademarks, or Confusingly Similar Term | IGT Trademark Registration No., if Applicable | IGT Trademark Registration Date, if Applicable | IGT Trademark Description of Goods and Services, if Applicable |
|---|---|---|---|
| It's All Greek To Me | 3261817 | July 10, 2007 | Gaming machines, namely, slot machines with or without video output [or video lottery terminals] |
| Jackpot Jungle | 1904275 | July 11, 1995 | Gaming machines, namely, slot machines with or without a video ouput |
| Jaguar Princess | 4091419 | January 24, 2012 | Gaming machines, namely, devices which accept a wager |
| Jaguar Princess 2 | 4091419 (to JAGUAR PRINCESS) | January 24, 2012 | Gaming machines, namely, devices which accept a wager |
| Jewels of India | 3740869 | January 19, 2010 | Gaming machines, namely, devices which accept a wager |
| Kingdom of Gold | 3870940 | November 2, 2010 | Gaming machines, namely, devices which accept a wager |
| Kossack Kash | 3532404 | November 11, 2008 | Gaming machines, namely, devices which accept a wager |
| Lady Aces | 4129326 | April 17, 2012 | Gaming machines, namely, devices which accept a wager |
| Lady of Hope | 4548025 | June 10, 2014 | Gaming machines, namely, devices which accept a wager |
| Legend of Robin and Marian, The | 4664086 | December 30, 2014 | Gaming machines, namely, devices which accept a wager |
| Legend of the Phoenix | 3867963 | October 26, 2010 | Gaming machines, namely, devices which accept a wager |

| High 5 Games, LLC Games Using IGT Trademarks, or Confusingly Similar Term | IGT Trademark Registration No., if Applicable | IGT Trademark Registration Date, if Applicable | IGT Trademark Description of Goods and Services, if Applicable |
|---|---|---|---|
| Liger Loot | 3330836 | November 6, 2007 | Gaming machines, namely, devices which accept a wager [and components therefor, namely, controllers, displays, button panels, bolsters, electrical wiring, and computer hardware and software associated therewith] |
| Lily of the Valley | 3962242 | May 17, 2011 | Gaming machines, namely, devices which accept a wager |
| Lion Heart | | | |
| Lovely Outlaws, The | 4211336 | September 18, 2012 | Gaming machines, namely, devices which accept a wager |
| Lovely Outlaws: Ride Again, The | 4211336 (to LOVELY OUTLAWS) | September 18, 2012 | Gaming machines, namely, devices which accept a wager |
| Lucky Horse | 4361790 | July 2, 2013 | Gaming machines, namely, devices which accept a wager |
| Maggie and the Martians | 3661513 | July 28, 2009 | Gaming devices, namely, gaming machines |
| Magic Orchid | 4548920 | June 10, 2014 | Gaming machines, namely, devices which accept a wager |
| Majestic Beauty | 4456653 | December 24, 2013 | Gaming machines, namely, devices which accept a wager |
| Majestic Cats | | | |
| Majestic Sea | 3794175 | May 25, 2010 | Gaming machines, namely, devices which accept a wager |
| Majestic Sea | 3794175 (to MAJESTIC SEA) | May 25, 2010 | Gaming machines, namely, devices which accept a wager |

| High 5 Games, LLC Games Using IGT Trademarks, or Confusingly Similar Term | IGT Trademark Registration No., if Applicable | IGT Trademark Registration Date, if Applicable | IGT Trademark Description of Goods and Services, if Applicable |
|---|---|---|---|
| Michelangelo | 3777935 | April 20, 2010 | Gaming machines, namely, devices which accept a wager |
| Midnight Eclipse | 4150483 | May 29, 2012 | Gaming machines, namely, devices which accept a wager |
| Midnight Treasures | 4099383 | February 14, 2012 | Gaming machines, namely, devices which accept a wager |
| Mighty Atlas, The | 4053855 | November 8, 2011 | Gaming machines, namely, devices which accept a wager |
| Moon Warriors | 3951325 | April 26, 2011 | Gaming machines, namely, devices which accept a wager |
| Mystery Mountain | 4218280 | October 2, 2012 | Gaming machines, namely, devices which accept a wager |
| Night of the Wolf | 4488784 | February 25, 2014 | Gaming machines, namely, devices which accept a wager |
| Noah's Ark | 3555247 | December 30, 2008 | Gaming machines, namely, devices which accept a wager |
| Old Money | 3931477 | March 15, 2011 | Gaming machines, namely, devices which accept a wager |
| Old Money Deluxe | 3931477 (to OLD MONEY) | March 15, 2011 | Gaming machines, namely, devices which accept a wager |
| Oodles of Poodles | 4099459 | February 14, 2012 | Gaming machines, namely, devices which accept a wager |
| Oracles of Delphi | 4074600 | December 20, 2011 | Gaming machines, namely, devices which accept a wager |
| Pearl Bay | 4096511 | February 7, 2012 | Gaming machines, namely, devices which accept a wager |
| Pets | | | |

| High 5 Games, LLC Games Using IGT Trademarks, or Confusingly Similar Term | IGT Trademark Registration No., if Applicable | IGT Trademark Registration Date, if Applicable | IGT Trademark Description of Goods and Services, if Applicable |
|---|---|---|---|
| Platinum Fashion | 4660859 | December 23, 2014 | Gaming machines, namely, devices which accept a wager |
| Platinum Goddess | 3976064 (to GOLDEN GODDESS) | June 7, 2011 | Gaming machines, namely, devices which accept a wager |
| Port Royale | 3842330 | August 31, 2010 | Gaming machines, namely, devices which accept a wager |
| Prince of Lightning, The | 4139618 | May 8, 2012 | Gaming machines, namely, devices which accept a wager |
| Princess of Paradise | 3743197 | January 26, 2010 | Gaming machines, namely, devices which accept a wager |
| Queen Isabella | 3819205 | July 13, 2010 | Gaming machines, namely, devices which accept a wager |
| Realm of Beauty | 4214607 | September 25, 2012 | Gaming machines, namely, devices which accept a wager |
| Red Cliffs | 4321888 | April 16, 2013 | Gaming machines, namely, devices which accept a wager |
| Rembrandt Riches | 3437613 | May 17, 2008 | Gaming machines, namely, devices on which a wager is placed |
| Renoir Riches | 3741002 | January 19, 2010 | Gaming machines, namely, devices which accept a wager |
| Rocket Man | 4112613 | March 13, 2012 | Gaming machines, namely, devices which accept a wager |
| Romeo & Juliet | 3778512 | April 20, 2012 | Slot machines; Gaming machines, namely, slot machines with video output; Electro-mechanical gaming machines with or without video output |

| High 5 Games, LLC Games Using IGT Trademarks, or Confusingly Similar Term | IGT Trademark Registration No., if Applicable | IGT Trademark Registration Date, if Applicable | IGT Trademark Description of Goods and Services, if Applicable |
|---|---|---|---|
| Royal Lion | 4129105 | April 17, 2012 | Gaming machines, namely, devices which accept a wager |
| Royal Promise, The | 4211335 | September 18, 2012 | Gaming machines, namely, devices which accept a wager |
| Russian Treasure | 2984233 | August 9, 2005 | Gaming machines, namely, devices which accept a wager [and components therefor, namely, controllers, displays, button panels, bolsters, electrical wiring, and computer hardware and software associated therewith |
| Secret Lagoon | 4091440 | January 24, 2012 | Gaming machines, namely, devices which accept a wager |
| Secrets of the Forest | 3745137 | February 2, 2010 | Gaming machines, namely, devices which accept a wager |
| Secrets of the Forest 2 | 3745137 (to SECRETS OF THE FOREST) | February 2, 2010 | Gaming machines, namely, devices which accept a wager |
| Secrets of the Pixies | 3745137 (to SECRETS OF THE FOREST) | February 2, 2010 | Gaming machines, namely, devices which accept a wager |
| Shadow of the Panther | 4125917 | April 10, 2012 | Gaming machines, namely, devices which accept a wager |
| Shambala | 3890663 | December 14, 2010 | Gaming machines, namely, devices which accept a wager |
| Shanghai Fantasy | 4250497 | November 27, 2012 | Gaming machines, namely, devices which accept a wager |
| Sirens | | | |

| High 5 Games, LLC Games Using IGT Trademarks, or Confusingly Similar Term | IGT Trademark Registration No., if Applicable | IGT Trademark Registration Date, if Applicable | IGT Trademark Description of Goods and Services, if Applicable |
|---|---|---|---|
| Soaring Wings | 3808169 | June 22, 2010 | Gaming machines, namely, devices which accept a wager |
| Southern Belle | 3677465 | September 1, 2009 | Gaming machines, namely, devices which accept a wager |
| Striking Tiger | 4091441 | January 24, 2012 | Gaming machines, namely, devices which accept a wager |
| Sultan of Mars | 4129317 | April 17, 2012 | Gaming machines, namely, devices which accept a wager |
| Super Hoot Loot | 3767945 | March 30, 2010 | Gaming machines, namely, devices which accept a wager |
| Swan Lake | 4125757 | April 10, 2012 | Gaming machines, namely, gaming machines; machines for playing games of chance |
| Swordsman, The | 4502789 | March 25, 2014 | Gaming machines, namely, devices which accept a wager |
| Tales of Hercules | 4502803 | March 25, 2014 | Gaming machines, namely, devices which accept a wager |
| That's a Hit! | 4250560 | November 27, 2012 | Gaming machines, namely, devices which accept a wager |
| Thundering Buffalo | 3967823 | May 24, 2011 | Gaming machines, namely, devices which accept a wager |
| Thundering Buffalo: Golden Stampede | 3967823 (to THUNDERING BUFFALO) | May 24, 2011 | Gaming machines, namely, devices which accept a wager |
| Traveling Gnomes | 4305441 | March 19, 2013 | Gaming machines, namely, devices which accept a wager |
| Triple Buffalo | 3967823 (to THUNDERING BUFFALO) | May 24, 2011 | Gaming machines, namely, devices which accept a wager |

| High 5 Games, LLC Games Using IGT Trademarks, or Confusingly Similar Term | IGT Trademark Registration No., if Applicable | IGT Trademark Registration Date, if Applicable | IGT Trademark Description of Goods and Services, if Applicable |
|---|---|---|---|
| Triple Da Vinci Diamonds | 3330664 (to DA VINCI DIAMONDS) | November 6, 2007 | Gaming machines, namely, devices on which a wager is placed [and components therefor] |
| Twin Win | 3005155 | October 4, 2005 | Gaming machines, namely, devices which accept a wager [and components therefor, namely, controllers, displays, button panels, bolsters, electrical wiring, and computer hardwre and software associated therewith] |
| Vamps | 3958345 | May 10, 2011 | Gaming machines, namely, devices which accept a wager |
| Van Gogh | | | |
| Vanishing Act, The | 4096713 | February 7, 2012 | Gaming machines, namely, devices which accept a wager |
| Venice Masquerade | 4818253 | September 22, 2015 | Gaming machines, namely, devices which accept a wager |
| Vivaldi's Seasons | 4129064 | April 17, 2012 | Gaming machines, namely, devices which accept a wager |
| Voodoo Vixens | 4103077 | February 21, 2012 | Gaming machines, namely, devices which accept a wager |
| West Journey Treasure Hunt | | | |
| White Falls | 4056837 | November 15, 2011 | Gaming machines, namely, devices which accept a wager |

| High 5 Games, LLC Games Using IGT Trademarks, or Confusingly Similar Term | IGT Trademark Registration No., if Applicable | IGT Trademark Registration Date, if Applicable | IGT Trademark Description of Goods and Services, if Applicable |
|---|---|---|---|
| White Orchid | 3335900 | November 13, 2007 | Reel slot machines, gaming machines featuring slot machine type games via video display; coin-operated video gaming machines; electro-mechanical and video display gaming machines |
| Wild Horses | 4136268 | May 1, 2012 | Gaming machines, namely, devices which accept a wager |
| Witches Riches | 3613935 | April 28, 2009 | Gaming machines featuring slot machine type games via video display and video display gaming machines |
| Woolly Mammoth | 4376869 | July 30, 2013 | Gaming machines, namely, devices which accept a wager |