# EXHIBIT B

| IGT Game Feature Trademark Being Used By High 5 Games, LLC | Examples of H5G Games Using the Game Feature Trademark, or Confusingly Similar Term | IGT Trademark Registration No., if Applicable | IGT Trademark Registration Date, if Applicable | IGT Trademark Description of Goods and Services, if Applicable |
|---|---|---|---|---|
| Capture Bonus | Wild Tusks | | | |
| Connected Lines | Secrets of the Forest; The Charleston; The Figaro; Michelangelo; Renoir Riches; Travelling Gnomes; Lily of the Valley; White Falls; Rocket Man; Royal Lion; The Lovely Outlaws; Palace of Magic; Foxy Dynamite; Book of Wonder; Jazz; Wild Rodeo; Tall, Rich & Handsome; Sailing the 7 Skies | 3737660 | January 12, 2010 | A feature of gaming machines, namely, devices that accept a wager |
| Enduring Wilds | Four Great Chinese Beauties; Pets; Dreams Beauty; Enchanted Beauty; Golden Horse; Pasion y Fuego; Zhi Nu One Last Chance | 4206000 | September 11, 2012 | A feature of gaming machines, namely, devices which accept a wager |
| Locking Wilds | Shambala; The Count of Monte Cristo; Pearl Bay; Secret Lagoon; Pasion y Fuego; Daughters of the Regiment; Magic Orchid; Dragons of Avalon; Varsity Gold; Tango of the Heart | 4028724 | September 20, 2011 | Gaming machines, namely, devices which accept a wager |
| Loot Line | Liger Loot; Super Hoot Loot; Cool Loot; Art of the Steal | 3410747 | April 8, 2008 | Gaming machines, specifically, a feature of gaming machines in the nature of slot machines or video lottery terminals with or without video output |
| Mystery Bucks | Foxy Dynamite; The Big Chase; Platinum Fashion; Way of the Blade; Tall, Rich & Handsome; Les Belles Nouveau; Perfect Gentlemen; The Lovely Outlaws: Ride Again; Lost Kingdom | 4667901 | January 6, 2015 | A feature of gaming machines, namely, devices which accept a wager |
| Re-Spin & Re-Pay | Travelling Gnomes; Lily of the Valley | 3904745 | January 11, 2011 | A feature of gaming machines, namely, devices that accept a wager |
| ReSpin on Win | White Lion; Celtic Courage; Talon and Dove | | | |
| Reveal-a-Wheel | Swan Lake; Mystery Train; Western Champions | 4109706 | March 6, 2012 | A feature of gaming machines, namely, devices that accept a wager |
| Scatter Bucks | Golden Knight; Ancient Arcadia; The Amulet and the Charm; Sultan of Mars; Legends of Troy; Golden Peony; Moonlit Mermaids; Goddess of Valhalla; Retropolis; Caught in the Widow's Web; Tribute of the Gods; Lucky Rooster; Secrets of the Pixies; Legends of Troy: Achilles' Glory; Barbarian Buck$; Cosmic Jewels; Dollar Llama; Dragon Wolf; Forces of Nature; Founding Fathers; Legends of the Pyramids; Russian Wolf; Turkey Revolt; Unicorn Fantasy; When Pigs Fly 2: Bringing Home the Bacon; Wishing Riches; Fortune Cat Fever; Oracles of Delphi; Shanghai Fantasy; All That Cash: Easy Money; Green Machine Global; Dazzling Dragons; Madame Fortune; Miss Universe(R) Asian Adventures; Tiki Idol | 3941157 | April 5, 2011 | Gaming machines, namely, devices which accept a wager |

| IGT Game Feature Trademark Being Used By High 5 Games, LLC | Examples of H5G Games Using the Game Feature Trademark, or Confusingly Similar Term | IGT Trademark Registration No., if Applicable | IGT Trademark Registration Date, if Applicable | IGT Trademark Description of Goods and Services, if Applicable |
|---|---|---|---|---|
| Split Symbols | Cats; Princess of Paradise; Jewels of India; Majestic Sea; Noah's Ark; Old Money; Double Dinosaur; Oodles of Poodles; Double Da Vinci Diamonds; Shadow of the Panther; The Dream; Royal Lion; Golden Odyssey; Striking Tiger; Diamond Diamond; Soaring Wings; Twin Win; Gypsy; Brazilia; Madame Monarch; Dogs; Night of the Wolf; Diamond Skies; Cirque Chinois; Glory on Ice; Night Jasmine; Oba Carnaval!; Split Dragon; Islands of Galapagos; Fortune Cat Fever; Desert Rose; Dr. Amante; Enchanted Realms; Happy Two-Gether; Majestic Beauty; Double Feature; Circus Treasure; Realm of the Sabercat; Outback Walkabout; Canadian Wild; Underwater Kingdom; Banana Splits; Banking on Luck; Bling in the New Year; Double Dinosaur Deluxe; Eagles' Flight; Gem Adventure; Lady Helsing; Old Money Deluxe; Otterly Adorable; Photographing Fairies; Princess of Paradise; Queen of the Rose; Thundering Buffalo: Golden Stampede; Time and Again; Triple Buffalo; Triple Double Da Vinci Diamonds; Triple Monkey; Triple Topaz; Beer Barrel Bash; Way Out Wilds; Lucky Lassie | 3046804 | January 17, 2006 | Gaming machines, specifically, a feature of gaming machines in the nature of slot machines or video lottery terminals with or without video output |
| Stacked Wilds | Kossack Kash; Sirens; Cave King; The Charleston; The Figaro; Kingdom of Gold; Lion Heart; Queen Isabella; Voodoo Vixens; Vamps; Golden Knight; Old Money; Ancient Arcadia; The Count of Monte Cristo; Thundering Buffalo; The Amulet and the Charm; White Falls; Midnight Treasure; Sultan of Mars; Swan Lake; A Night of Mystery; Diamond Diamond; Realm of Beauty; Woolly Mammoth; Lucky Horse; Bear Mountain; The Enchantment; Legends of Troy; Moon Warriors; Golden Peony; Ravishing Beauties; Daughters of the Regiment; Magic Orchid; Geo Quest; Moonlit Mermaids; Goddess of Valhalla; Retropolis; Dazzling Dragons; The Three Graces; Warrior Maiden; When Pigs Fly; Sweet Memories; Sailing the 7 Skies; The Leprechaun King; Secrets of the Pixies; Legends of Troy: Achilles' Glory; Sapphire Tiger; Dazzling Dragons; Madame Fortune; Miss Universe(R) Asian Adventures; Tiki Idol; Emperor's Delight; Faerie Maiden; Geo Quest; Lady Aces; Madame Fortune; Old Money; Voodoo Vixens | 3471939 | July 22, 2008 | A feature of gaming machines, namely, devices that accept a wager |

| IGT Game Feature Trademark Being Used By High 5 Games, LLC | Examples of H5G Games Using the Game Feature Trademark, or Confusingly Similar Term | IGT Trademark Registration No., if Applicable | IGT Trademark Registration Date, if Applicable | IGT Trademark Description of Goods and Services, if Applicable |
|---|---|---|---|---|
| Super Stacks | Golden Goddess; Black Widow; Crystal Kingdom; Dangerous Beauty; Jaguar Princess; The Might Atlas; Vivaldi's Seasons; The Vanishing Act; Shadow of the Panther; The Dream; The Prince of Lightning; The Cherry Mischief; The Royal Promise; Island Eyes; Diamonds of Athens; West Journey Treasure Hunt; Golden Three Kingdom; Red Cliffs; Haunted Hearts; Woolly Mammoth; Brazilia; Shadow Diamond Night; Madame Monarch; Genie Wishes; Golden Tower; Night of the Wolf; Cat Prince; The Swordsman; Bah, Humbug!; Cirque Chinois; Miss Universe Crowning Moment; Miyuki and Friends; Shanghai Rose; Silk and Steel; Glory on Ice; The Legend of Robin and Marian; Bollywood Bride; The Empress Josephine; Purrfect; Parfum Adore; Prince Nezha; She Wolf; Rev It Up; Desert Rose; Aegean Sunset; Enchanted Realms; Kings of Gibralter; Rum City; Who's My Candy Prince?; Zhi Nu One Last Chance; Chang E; Liang Zhu; Bai She; Divine Luck; Tales of the Jungle; Glamorous Getaway; The Newsman; Golden Sheep; Guitar Kings; The Palladium Deluxe; Ringside Riches; Sinbad and the Sultan of Fire; Bombshell Beauties; Venice Masquerade; What I Like About You; Escape.Reset.Recharge; Curious Kingdom; Zombie Zone; Chicago the Musical; Bourbon Street Bash; Shadow Diamond 7s; Charming Ace; Underwater Kingdom; Rum City Rum Runners; Candy Queen; Canopy Capers; Center of My Universe; Dangerous Beauty 2; Gem Adventure; Glitter Bugs; Lady Helsing; Lucky Strip; Mayan Macaw; Miss Universe Timeless Beauty; Shadow Diamond Noir; Southern Riches; The Magic Toy Soldier; Time and Again; Triple Turducken; Black Sail Beauties; Goddesses of Riches | 3962467 | May 17, 2011 | A feature of gaming machines, namely, devices which accept a wager |

| IGT Game Feature Trademark Being Used By High 5 Games, LLC | Examples of H5G Games Using the Game Feature Trademark, or Confusingly Similar Term | IGT Trademark Registration No., if Applicable | IGT Trademark Registration Date, if Applicable | IGT Trademark Description of Goods and Services, if Applicable |
|---|---|---|---|---|
| Tumbling Reels | Rembrandt Riches; Secrets of the Forest; Da Vinci Diamonds; Michelangelo; Renoir Riches; Van Gogh; Double Da Vinci Diamonds; Rocket Man; Four Great Chinese Beauties; Golden Odyssey; The Lovely Outlaws; Realm of Beauty; Foxy Dynamite; Secrets of Da Vinci; Lady of Hope; Valkyrie Queen Saga; Cyrano; The Big Chase; Da Vinci Ways; Platinum Fashion; Way of the Blade; Tumbling Together; Goddess of Desire; Great Balloon Adventure; Happy Two-Gether; Haunted Horseman; Mystery Mountain; Pets; Tall, Rich & Handsome; Les Belles Nouveau; Perfect Gentlemen; Magnificent Jewels; Temple of the Golden Monkey; Outback Walkabout; Jenson Matlock; Secrets of the Pixies; The Lovely Outlaws: Ride Again; Dragon Wolf; Legends of Troy: Golden Journey; Lost Kingdom; Lucky Lassie; Secrets of the Forest 2 Pixie Paradise; Triple Double Da Vinci Diamonds; Goddess of Desire; Mystery Mountain | 3345632 | November 27, 2007 | Gaming machines, namely, devices which accept a wager [and components therefor, namely, controllers, displays, button panels, bolsters, electrical wiring, and computer hardware and software associated therewith ] |
| Exploding Wilds | Legend of the Phoenix | 3825676 | July 27, 2010 | Gaming machines, namely, devices which accept a wager |
| In a Row Bonus | Ducks in a Row; Legend of the Phoenix | | | |