# EXHIBIT C



# MOST POPULAR GAMES

High 5 Games doesn't just make a lot of games, we create many of the industry's best games. High 5 Games has consistently produced hit after hit, including some of the most popular and recognizable games in the industry.

(https://www.high5games.com/games/game/golden-goddess)

**Golden Goddess**

**Special Features:** Super Stacks (https://www.high5games.com/games/game-library#?filters=features-super-stacks&filterBy=features)



(https://www.high5games.com/games/game/cats)

**Cats**

**Special Features:** Split Symbols (https://www.high5games.com/games/game-library#?filters=features-split-symbols&filterBy=features)

(https://www.high5games.com/games/game/photographing-fairies)

**Photographing Fairies**

**Special Features:** Split Symbols (https://www.high5games.com/games/game-library#?filters=features-split-symbols&filterBy=features), Split Boost Feature (https://www.high5games.com/games/game-library#?filters=features-split-boost-feature&filterBy=features)

**View All Games (/games/game-library/)**

## LAND-BASED

## We have created several of the **most successful** video reel releases of the **last 10 years**.

High 5 Games is the premier game creator of the casino industry. The company has created many of the gaming industry's most renowned brands, including Da Vinci Diamonds, Golden Goddess, Dangerous Beauty, Shadow of the Panther, Cats, Jaguar Princess, and Black Widow.

**View Land-Based Games (https://www.high5games.com/games/game-library#?filters=platforms-land-based&filterBy=platforms)**

# WEB

Our owned and operated **virtual casinos** are free to play and play like the **real thing**.

High 5 Casino is one of the most successful social casinos of all time. Now with the most slot titles on Facebook, High 5 Casino is dominating the competition. Shake the Sky, our newest casino, features never-before-seen premium Asian-themed slot titles.

**View Web-Based Games (https://www.high5games.com/games/game-library#?filters=platforms-online&filterBy=platforms)**

## REAL MONEY GAMING

## **Hundreds** of slot titles available in casinos **around the world…**

H5G has a comprehensive studio that controls every aspect of the game creation process, from research and development to engineering and testing. These games are distributed to land-based and online real money gaming markets.

**View RMG Games (https://www.high5games.com/games/game-library#?filters=platforms-rmg&filterBy=platforms)**

## MOBILE



## **Best-in-class** content directly on your **mobile device**

H5G is committed to delivering a premium casino experience on all mobile devices and platforms. Our engineering team and app developers are hard at work perfecting the player experience so that our games are accessible on any device, 24/7.

**View Mobile Games (https://www.high5games.com/games/game-library#?filters=platforms-mobile&filterBy=platforms)**

TOP

(https://www.facebook.com/High5Games)(https://twitter.com/high5games)(https://www.youtube.com/user/High5Games)

NY Corporate Office:

One World Trade Center
New York, NY 10007
(https://www.google.com/maps/place/One+World+Trade+Center/@40.712909,-74.013303,17z/data=!3m1!4b1!4m2!3m1!1s0x89c25a1bcfb6ae35:0x85229937daa38ca0) tel: 212-604-3000 (tel:2126043000)

NJ Corporate Office:

1200 MacArthur Boulevard
Mahwah, NJ 07430
(https://www.google.com/maps/place/1200+MacArthur+Blvd/@41.0779428,-74.1646709,15z/data=!4m2!3m1!1s0x89c2e10d747edf11:0x9d33862d55e7e214) tel: 201-825-1711 (tel:2128251711)

U.K. Office:

1 St. Katharine's Way
London E1W 1UN, United Kingdom

(https://www.google.com/maps/place/International+House,+1+St+Katharine's+Way,+St+Katharine's+%26+Wapping,+London+E1W+1YL,+UK/@51.5075138,-0.0759938,17z/data=
0.0738051)

KC Corporate Office:

9200 Indian Creek Parkway, Suite 100
Overland Park, KS 66210
(https://www.google.com/maps/place/9200+Indian+Creek+Pkwy+%23100,+Overland+Park,+KS+66210/@38.9327167,-94.6919134,17z/data=!3m1!4b1!4m2!3m1!1s0x87c0eafdd4

Investor Relations:

IR@H5G.com (mailto:IR@H5G.com)

Business Development:

BD@H5G.com (mailto:BD@H5G.com)

Media Relations:

MR@H5G.com (mailto:MR@H5G.com)

Careers:

Careers@H5G.com (mailto:Careers@H5G.com)

Licenses

High 5 Games are licensed and regulated by the following authorities

 (https://www.authorisation.mga.org.mt/verification.aspx?company=2c49a44a-8c56-4f55-9195-8ee708f671ef)

© Copyright 1995-2019 High 5 Games. All
rights reserved.

Privacy Policy (https://www.high5games.com/privacy-policy/)

Terms of Use (https://www.high5games.com/terms-of-use/)
Legal Notices (https://www.high5games.com/legal-notices/)