# EXHIBIT D

Game Library | High 5 Games

THE OFFICIAL
# GAME LIBRARY

**403 results**

FILTER BY:                 SORT BY:

FEATURES ▼    |    PLATFORMS ▼    |    THEMES ▼



**1000 Pearls**
**(/games/game/1000-pearls)**



**Aegean Sunset**
**(/games/game/aegean-sunset)**



**All That Cash**
**(/games/game/all-that-cash)**



**All That Cash: Easy Money**
**(/games/game/all-that-cash-easy-money)**



**The Amulet and the Charm**
**(/games/game/amulet-and-the-charm)**



**Ancient Arcadia**
**(/games/game/ancient-arcadia)**



**Art of the Steal**
**(/games/game/art-of-the-steal)**



**Bah, Humbug!**
**(/games/game/bah-humbug)**



**Bai She**
**(/games/game/bai-she)**



**Banana Splits**
**(/games/game/banana-splits)**



**Banking On Luck**
**(/games/game/banking-on-luck)**



**Bear Mountain**



**Beer Barrel Bash**



**Belle and the Beast**

TOP

(/games/game/bear-mountain)     (/games/game/beer-barrel-bash)     (/games/game/belle-and-the-beast)



**Betti the Yetti**
**(/games/game/betti-the-yetti)**



**The Big Chase**
**(/games/game/big-chase)**



**Big Dragon Lounge**
**(/games/game/big-dragon-lounge)**



**The Big Show**
**(/games/game/big-show)**



**Big Top Circus**
**(/games/game/big-top-circus)**



**Birds of Wonder**
**(/games/game/birds-of-wonder)**



**Black Sail Beauties**
**(/games/game/black-sail-beauties)**



**Black Sail Bounty**
**(/games/game/black-sail-bounty)**



**Black Widow**
**(/games/game/black-widow)**



**Bling In The New Year**
**(/games/game/bling-in-the-new-year)**



**Bollywood Bride**
**(/games/game/bollywood-bride)**



**Bombshell Beauties**
**(/games/game/bombshell-beauties)**



**Book of Wonder**
**(/games/game/book-of-wonder)**



**Bourbon Street Bash**
**(/games/game/bourbon-street-bash)**



**Brazilia**
**(/games/game/brazilia)**

TOP



**Bucks and Babes**
**(/games/game/bucks-and-babes)**



**CHICAGO the Musical**
**(/games/game/chicago-the-musical)**



**Cabaret Nights**
**(/games/game/cabaret-nights)**



**Canadian Wild**
**(/games/game/canadian-wild)**



**Candy Queen**
**(/games/game/candy-queen)**



**Canopy Capers**
**(/games/game/canopy-capers)**



**Captain Payback**
**(/games/game/captain-payback)**



**Cash Encounters**
**(/games/game/cash-encounters)**



**Cat Gangster**
**(/games/game/cat-gangster)**



**Cat Prince**
**(/games/game/cat-prince)**



**Cats**
**(/games/game/cats)**



**Caught in the Widow's Web**
**(/games/game/widows-web)**



**Cave King**
**(/games/game/cave-king)**



**Celtic Courage**
**(/games/game/celtic-courage)**



**Center of My Universe**
**(/games/game/center-of-my-universe)**







TOP

Chang E
(/games/game/chang-e)

The Charleston
(/games/game/charleston)

Charming Ace
(/games/game/charming-ace)



Cherry Mischief
(/games/game/cherry-mischief)



Chez Tabasco
(/games/game/chez-tabasco)



Ciao, Roma!
(/games/game/ciao-roma)



Circus Treasure
(/games/game/circus-treasure)



Cirque Chinois
(/games/game/cirque-chinois)



City of Lights
(/games/game/city-lights)



Cloud Dancers
(/games/game/cloud-dancers)



Club Caliente
(/games/game/club-caliente)



Cocktail Cash
(/games/game/cocktail-cash)



Cool Loot
(/games/game/cool-loot)



Cosmic Jewels
(/games/game/cosmic-jewels)



The Count of Monte Cristo
(/games/game/count-of-monte-cristo)



Country Cash
(/games/game/country-cash)



Crystal Kingdom
(/games/game/crystal-kingdom)



Curious Kingdom
(/games/game/curious-kingdom)



**Cyrano**
**(/games/game/cyrano)**



**Da Vinci Diamonds**
**(/games/game/da-vinci-diamonds)**



**Da Vinci Ways**
**(/games/game/da-vinci-ways)**



**Da Vinci's Mona Lisa**
**(/games/game/da-vincis-mona-lisa)**



**Dangerous Beauty**
**(/games/game/dangerous-beauty)**



**Dangerous Beauty 2**
**(/games/game/dangerous-beauty-2)**



**Daughters of the Regiment**
**(/games/game/daughters-regiment)**



**Dazzling Dragons**
**(/games/game/dazzling-dragons)**



**Desert Rose**
**(/games/game/desert-rose)**



**Diamond Diamond**
**(/games/game/diamond-diamond)**



**Diamond Dunes**
**(/games/game/diamond-dunes)**



**Diamond Skies**
**(/games/game/diamond-skies)**



**Diamonds by Da Vinci**
**(/games/game/diamonds-by-da-vinci)**



**Diamonds of Athens**
**(/games/game/diamonds-athens)**



**Dino Dollars**
**(/games/game/dino-dollar)**







TOP

**Disco Nights**
**(/games/game/disco-nights)**

**Divine Luck**
**(/games/game/divine-luck)**

**Dogs**
**(/games/game/dogs)**



**Dollar Llama**
**(/games/game/dollar-llama)**



**Double Da Vinci Diamonds**
**(/games/game/double-da-vinci-diamonds)**



**Double Dinosaur**
**(/games/game/double-dinosaur)**



**Double Dinosaur Deluxe**
**(/games/game/double-dinosaur-deluxe)**



**Double Feature**
**(/games/game/double-feature)**



**Dr. Amante**
**(/games/game/dr-amante)**



**Dragon Showdown**
**(/games/game/dragon-showdown)**



**Dragon Wolf**
**(/games/game/dragon-wolf)**



**Dragon's Blessing**
**(/games/game/dragons-blessing)**



**Dragons of Avalon**
**(/games/game/dragons-avalon)**



**The Dream**
**(/games/game/dream)**



**Dream Beauty**
**(/games/game/dream-beauty)**



**Ducks in a Row**
**(/games/game/ducks-in-a-row)**

TOP

Game Library | High 5 Games



**Eagles' Flight**
(/games/game/eagles-flight)



**Emperor's Delight**
(/games/game/emperors-delight)



**The Empress Josephine**
(/games/game/empress-josephine)



**Empress of Time**
(/games/game/empress-of-time)



**Empress of Time: Destiny**
(/games/game/empress-of-time-destiny)



**Empress of the Nile**
(/games/game/empress-of-the-nile)



**Enchanted Beauty**
(/games/game/enchanted-beauty)



**Enchanted Realms**
(/games/game/enchanted-realms)



**The Enchantment**
(/games/game/enchantment)



**Escape Reset Recharge**
(/games/game/escape-reset-recharge)



**Eternal Throne**
(/games/game/eternal-throne)



**Faerie Maiden**
(/games/game/faerie-maiden)



**Figaro**
(/games/game/figaro)



**The Flower Bride**
(/games/game/flower-bride)







TOP

**Fluffy Fortunes**
**(/games/game/fluffy-fortunes)**

**Flying Warriors**
**(/games/game/flying-warriors)**

**Forces of Nature**
**(/games/game/forces-of-nature)**





**Fortune Cat Fever**
**(/games/game/fortune-cat-fever)**

**Fortune Cat's Summer Vacation**
**(/games/game/fortune-cats-summer-vacation)**





**Founding Fortunes**
**(/games/game/founding-fortunes)**

**Four Great Chinese Beauties**
**(/games/game/four-great-chinese-beauties)**







**Foxy Dynamite**
**(/games/game/foxy-dynamite)**

**Gem Adventure**
**(/games/game/gem-adventure)**

**Genie Wishes**
**(/games/game/lady-wolves)**







**Geo Quest**
**(/games/game/geo-quest)**

**Get Nuts**
**(/games/game/get-nuts)**

**Glamorous Getaway**
**(/games/game/glamorous-getaway)**







**Glinda Glitters**
**(/games/game/glinda-glitters)**

**Glitter Bugs**
**(/games/game/glitter-bugs)**

**Glory on Ice**
**(/games/game/glory-on-ice-h5c)**

TOP



**Gobblers Gone Wild**
**(/games/game/gobblers-gone-wild)**



**Goddess of Desire**
**(/games/game/goddess-of-desire)**



**Goddess of Valhalla**
**(/games/game/goddess-of-valhalla)**



**Goddesses of Riches**
**(/games/game/goddesses-of-riches)**



**Golden Blossom**
**(/games/game/golden-blossom)**



**Golden Gladiator**
**(/games/game/golden-gladiator)**



**Golden Goddess**
**(/games/game/golden-goddess)**



**Golden Horse**
**(/games/game/golden-horses)**



**Golden Knight**
**(/games/game/golden-knight)**



**Golden Light/Silver Night**
**(/games/game/golden-lightsilver-night)**



**Golden Odyssey**
**(/games/game/golden-odyssey)**



**Golden Peony**
**(/games/game/golden-peony)**



**Golden Sheep**
**(/games/game/golden-sheep)**



**Golden Three Kingdom**
**(/games/game/golden-three-kingdom)**





TOP

Golden Tower
(/games/game/golden-tower)

The Golden Vault of the Pharaohs
(/games/game/golden-vault-of-the-pharaohs)



Grand Ol' 7s
(/games/game/grand-ol-7s)



Great Balloon Adventure
(/games/game/great-balloon-adventure)



The Green Machine Deluxe
(/games/game/green-machine-deluxe)



The Green Machine Global
(/games/game/green-machine-global)



Green Machine Vegas
(/games/game/green-machine-vegas)



Guitar Kings
(/games/game/guitar-kings)



Gypsy
(/games/game/gypsy)



Gypsy 2: Fortune's Fate
(/games/game/gypsy-2-fortunes-fate)



Hail King Of Fortune!
(/games/game/hail-king-of-fortune)



Happy Two-Gether
(/games/game/happy-two-gether)



Haunted Hearts
(/games/game/haunted-hearts)



The Haunted Horseman
(/games/game/haunted-horseman)



Hearts Aflutter
(/games/game/hearts-aflutter)



The Heist
(/games/game/heist)

TOP



**Hoot Loot**
**(/games/game/hoot-loot)**



**Hot Hot Hot**
**(/games/game/hot-hot-hot)**



**House of Jewels**
**(/games/game/house-of-jewels)**



**I Need a Hero**
**(/games/game/my-hero)**



**Irving the Viking**
**(/games/game/irving-viking)**



**Island Eyes**
**(/games/game/island-eyes)**



**Islands of Galapagos**
**(/games/game/islands-galapagos)**



**It's All Greek to Me**
**(/games/game/its-all-greek-to-me)**



**Jackpot Jungle**
**(/games/game/jackpot-jungle)**



**Jaguar Princess**
**(/games/game/jaguar-princess)**



**Jaguar Princess 2**
**(/games/game/jaguar-princess-2)**



**Jazz**
**(/games/game/jazz)**



**Jenson Matlock Secret Agent**
**(/games/game/jenson-matlock)**



**Jenson Matlock and the Gold Peacock**
**(/games/game/jenson-matlock-2)**



**Jewels of India**
**(/games/game/jewels-india)**







TOP

Joker's Riches
(/games/game/jokers-riches)

Jungle Jack
(/games/game/jungle-jim)

Kingdom of Gold
(/games/game/kingdom-of-gold)



Kings Of Gibraltar
(/games/game/kings-of-gibraltar)



Kiss of the Rose
(/games/game/kiss-of-the-rose)



Kossack Kash
(/games/game/kossack-kash)



Kung Pow Chicken
(/games/game/kung-pow-chicken)



La Torera Roja
(/games/game/la-torera-roja)



Lady Aces
(/games/game/lady-aces)



Lady Helsing
(/games/game/lady-helsing)



Lady Peacock
(/games/game/lady-peacock)



Lady of Hope
(/games/game/lady-of-hope)



Last Master
(/games/game/last-master)



Lawless Love
(/games/game/lawless-love)



The Legacy of Cleopatra's Palace
(/games/game/legacy-of-cleopatras-palace)



Legend of Robin and Marian
(/games/game/legend-robin-marian)

TOP

Game Library | High 5 Games



**Legend of the Phoenix**
**(/games/game/legend-of-the-phoenix)**



**Legends of Troy**
**(/games/game/legends-troy)**



**Legends of Troy: Achilles' Glory**
**(/games/game/legends-of-troy-achilles-glory)**



**Legends of Troy: Beastly Riches**
**(/games/game/legends-of-troy-beastly-riches)**



**Legends of Troy: Golden Journey**
**(/games/game/legends-of-troy-golden-journey)**



**The Leprechaun King**
**(/games/game/leprechaun-king)**



**Les Belles Nouveau**
**(/games/game/les-belles-nouveau)**



**Liang Zhu**
**(/games/game/liang-zhu)**



**Liger Loot**
**(/games/game/liger-loot)**



**Lily of the Valley**
**(/games/game/lily-valley)**



**Lion Heart**
**(/games/game/lion-heart)**



**Lost Kingdom**
**(/games/game/lost-kingdom)**







TOP

Love Letters
(/games/game/love-letters)

Love U
(/games/game/love-u)

Love and Valor
(/games/game/love-and-valor)





The Lovely Outlaws
(/games/game/lovely-outlaws)

The Lovely Outlaws: Ride Again
(/games/game/lovely-outlaws-ride-again)







Lucky Horse
(/games/game/lucky-horse)

Lucky Lassie
(/games/game/lucky-lassie)

Lucky Pug
(/games/game/lucky-pug)







Lucky Rooster
(/games/game/lucky-rooster)

Lucky Strip
(/games/game/lucky-strip)

Madame Fortune
(/games/game/madame-fortune)







Madame Monarch
(/games/game/madame-monarch)

Maggie and the Martians
(/games/game/maggie-martians)

Magic Orchid
(/games/game/magic-orchid)







The Magic Toy Soldier
(/games/game/magic-toy-soldier)

Magnificent Jewels
(/games/game/magnificent-jewels)

Majestic Beauty
(/games/game/majestic-beauty)



**Majestic Cats**
**(/games/game/majestic-cats)**



**Majestic Roar**
**(/games/game/majestic-roar)**



**Majestic Sea**
**(/games/game/majestic-sea)**



**Majestic Sea 2**
**(/games/game/majestic-tides)**



**Mayan Goddess**
**(/games/game/mayan-goddess)**



**Mayan Macaw**
**(/games/game/mayan-macaw)**



**Medusa's Wild**
**(/games/game/medusas-wild)**



**Michelangelo**
**(/games/game/michelangelo)**



**Midnight Eclipse**
**(/games/game/midnight-eclipse)**



**Midnight Treasures**
**(/games/game/midnight-treasures)**



**The Mighty Atlas**
**(/games/game/mighty-atlas)**



**Miss Universe® Asian Adventures**
**(/games/game/miss-universer-asian-adventures)**



**Miss Universe® Crowning Moment**
**(/games/game/miss-universer-crowning-moment)**





TOP

**Miss Universe® Timeless Beauty**
**(/games/game/miss-universer-timeless-beauty)**

**Miyuki and Friends**
**(/games/game/miyuki-and-friends)**



**Money on the Side**
**(/games/game/money-on-the-side)**



**Moon Warriors**
**(/games/game/moon-warriors)**



**Moon Warriors: Celestial Treasures**
**(/games/game/moon-warriors-celestial-treasures)**



**Moonlight Rainbow**
**(/games/game/moonlight-rainbow)**



**Moonlit Mermaids**
**(/games/game/moonlit-mermaids)**



**Morgan Le Faye**
**(/games/game/morgan-le-faye)**



**Most Wanted**
**(/games/game/most-wanted)**



**Multiply Like Bunnies**
**(/games/game/multiply-like-bunnies)**



**Mystery Mountain**
**(/games/game/mystery-mountain)**



**Mystery Train**
**(/games/game/mystery-train)**



**The Newsmen**
**(/games/game/newsmen)**



**Night Jasmine**
**(/games/game/night-jasmine)**



**A Night of Mystery**
**(/games/game/a-night-of-mystery)**

TOP



**Night of the Wolf**
**(/games/game/night-wolf)**



**Noah's Ark**
**(/games/game/noahs-ark)**



**Oba, Carnaval!**
**(/games/game/oba-carnaval)**



**Ocean's Glory**
**(/games/game/oceans-glory)**



**Old Money**
**(/games/game/old-money)**



**Old Money Deluxe**
**(/games/game/old-money-deluxe)**



**Olympian Epic**
**(/games/game/olympian-epic)**



**Oodles of Poodles**
**(/games/game/oodles-poodles)**



**Oracles of Delphi**
**(/games/game/oracles-of-delphi)**



**Outback Walkabout**
**(/games/game/outback-walkabout)**



**Palace of Magic**
**(/games/game/palace-magic)**



**The Palladium**
**(/games/game/palladium)**



**The Palladium Deluxe**
**(/games/game/palladium-deluxe)**



**Parfum Adore**
**(/games/game/parfum-adore)**



**Pasion y Fuego**
**(/games/game/pasion-fuego)**







TOP

Pawesome
(/games/game/pawesome)

Pearl Bay
(/games/game/pearl-bay)

Pele's Paradise
(/games/game/peles-paradise)



Perfect Gentlemen
(/games/game/perfect-gentlemen)



Pets
(/games/game/pets)



Photographing Fairies
(/games/game/photographing-fairies)



Pick-Nik Park
(/games/game/pick-nik-park)



Platinum Fashion
(/games/game/platinum-fashion)



Platinum Goddess
(/games/game/platinum-gold-goddess)



Platinum Powder
(/games/game/platinum-powder)



The Platypus Game
(/games/game/platypus)



Pluck O' the Irish
(/games/game/pluck-o-the-irish)



Port Royale
(/games/game/port-royale)



Pride & Prejudice
(/games/game/pride-prejudice)



Prince Nezha
(/games/game/prince-nezha)



The Prince of Lightning
(/games/game/prince-lightning)

TOP



**Prince of the Night**
(/games/game/prince-of-the-night)



**Princess Romanov**
(/games/game/princess-romanov)



**Princess of Paradise**
(/games/game/princess-paradise)



**Purr A Few Dollars More**
(/games/game/purr-a-few-dollars-more)



**Purrfect**
(/games/game/purrfect)



**Queen Isabella**
(/games/game/queen-isabella)



**Queen of the Rose**
(/games/game/queen-of-the-rose)



**Rags to Ribbits**
(/games/game/rags-to-ribbits)



**Ravishing Beauties**
(/games/game/ravishing-beauties)



**Realm of Beauty**
(/games/game/realm-of-beauty)



**Realm of the Sabercat**
(/games/game/realm-of-the-sabercat)



**Red Cliffs**
(/games/game/red-cliffs)



**Red Panda Palace**
(/games/game/red-panda-palace)



**Rembrandt Riches**
(/games/game/rembrandt-riches)







TOP

Renoir Riches
(/games/game/renoir-riches)

Retropolis
(/games/game/retropolis)

Rev It Up
(/games/game/rev-it-up)



Ringside Riches
(/games/game/campeon)



Riverboat Raccoon
(/games/game/riverboat-raccoon)



Rockabilly Babe
(/games/game/rockabilly-babe)



Rocket Man
(/games/game/rocket-man)



Roman Revelry
(/games/game/roman-revelry)



Romeo & Juliet
(/games/game/romeo-juliet)



Royal Lion
(/games/game/royal-lion)



The Royal Promise
(/games/game/royal-promise)



Royal Rhino
(/games/game/royal-rhino)



Rum City
(/games/game/rum-city)



Rum City Rum Runners
(/games/game/rum-city-rum-runners)



Russian Treasure
(/games/game/russian-treasure)



Russian Wolf
(/games/game/russian-wolf)



Sailing the 7 Skies
(/games/game/sailing-the-7-skies)



Sapphire Tiger
(/games/game/sapphire-tiger)


**Secret Lagoon**
**(/games/game/secret-lagoon)**


**Secrets of Da Vinci**
**(/games/game/secrets-da-vinci)**


**Secrets of the Forest**
**(/games/game/secrets-forest)**


**Secrets of the Forest 2 Pixie Paradise**
**(/games/game/secrets-of-the-forest-2-pixie-paradise)**


**Secrets of the Pixies**
**(/games/game/secrets-of-the-pixies)**


**Sensational 7s**
**(/games/game/sensational-7s)**


**Serengeti Nights**
**(/games/game/serengeti-nights)**


**Shadow Diamond**
**(/games/game/shadow-diamond)**


**Shadow Diamond 7s**
**(/games/game/shadow-diamond-7s)**


**Shadow Diamond: Noir**
**(/games/game/shadow-diamond-noir)**


**Shadow of the Panther**
**(/games/game/shadow-panther)**


**Shambala**
**(/games/game/shambala)**


**Shanghai Fantasy**
**(/games/game/shanghai-fantasy)**


**Shanghai Rose**
**(/games/game/shanghai-rose)**







TOP

Game Library | High 5 Games

**She-Wolf**
**(/games/game/she-wolf)**

**Shipwrecked Lovers**
**(/games/game/shipwrecked-lovers)**

**Silk and Steel**
**(/games/game/silk-steel)**



**Silver Enchantress**
**(/games/game/silver-enchantress)**



**Sinbad and the Sultan of Fire**
**(/games/game/sinbad-sultan-fire)**



**Sirens**
**(/games/game/sirens)**



**Snow Monkeys**
**(/games/game/snow-monkeys)**



**Soaring Wings**
**(/games/game/soaring-wings)**



**Southern Belle**
**(/games/game/southern-belle)**



**Southern Riches**
**(/games/game/southern-riches)**



**Split Dragon**
**(/games/game/split-dragon)**



**Stackin' Kracken 7s**
**(/games/game/stackin-kracken-7s)**



**Star Fever**
**(/games/game/star-fever)**



**Stella Drive and the Orb of Chance**
**(/games/game/stella-drive-orb-chance)**



**Striking Tiger**
**(/games/game/striking-tiger)**



**Sultan of Mars**
**(/games/game/sultan-mars)**



**Super Hoot Loot**
**(/games/game/super-hoot-loot)**

TOP

Game Library | High 5 Games



**Swan Lake**
**(/games/game/swan-lake)**



**Sweet Memories**
**(/games/game/sweet-memories)**



**The Swordsman**
**(/games/game/swordsman-the)**



**Tales of Hercules**
**(/games/game/tales-of-hercules)**



**Tales of the Jungle**
**(/games/game/tales-of-the-jungle)**



**Tall, Rich and Handsome**
**(/games/game/tall-rich-handsome)**



**Talon and Dove**
**(/games/game/talon-and-dove)**



**Tango of the Heart**
**(/games/game/tango-of-the-heart)**



**Teddy Bucks**
**(/games/game/teddy-bucks)**



**Temple of the Golden Monkey**
**(/games/game/temple-of-the-golden-monkey)**



**Texting Treasures**
**(/games/game/texting-treasures)**



**That's a Hit**
**(/games/game/thats-hit)**



**The Three Graces**
**(/games/game/three-graces)**



**Thunder Road**
**(/games/game/thunder-road)**





TOP

Thundering Buffalo
(/games/game/thundering-buffalo)

Thundering Buffalo: Golden Stampede
(/games/game/thundering-buffalo-golden-stampede)



Tiki Idol
(/games/game/tiki-idol)



Time and Again
(/games/game/time-and-again)



Tiny Treasures
(/games/game/tiny-treasures)



To and Fro
(/games/game/carousel)



Traveling Gnomes
(/games/game/traveling-gnomes)



Tribute of the Gods
(/games/game/tribute-to-the-gods)



Triple Buffalo
(/games/game/triple-buffalo)



Triple Double Da Vinci Diamonds
(/games/game/triple-double-da-vinci-diamonds)



Triple Hoot
(/games/game/triple-hoot)



Triple Monkey
(/games/game/triple-monkey)



Triple Raven
(/games/game/triple-raven)



Triple Topaz
(/games/game/triple-topaz)



Triple Turducken
(/games/game/triple-turducken)



Tumbling Together
(/games/game/tumbling-together)

TOP



**Turkey Revolt**
(/games/game/turkey-revolt)



**Twin Win**
(/games/game/twin-win)



**Underwater Kingdom**
(/games/game/underwater-kingdom)



**The Vagabond Heart**
(/games/game/vagabond-heart)



**Valkyrie Queen**
(/games/game/valkyrie-queen)



**Valkyrie Queen 2**
(/games/game/valkyrie-queen-2)



**Vamps**
(/games/game/vamps)



**Van Gogh**
(/games/game/van-gogh)



**The Vanishing Act**
(/games/game/vanishing-act)



**Varsity Gold**
(/games/game/varsity-gold)



**Venice Masquerade**
(/games/game/venice-masquerade)



**A Visit from St. Nick**
(/games/game/a-visit-from-st-nick)



**Vivaldi's Seasons**
(/games/game/vivaldis-seasons)



**Voodoo Vixens**
(/games/game/voodoo-vixens)



**Voyage From Venice**
(/games/game/voyage-from-venice)







TOP

**Warrior Maiden**
**(/games/game/warrior-maiden)**

**Way Out Wilds**
**(/games/game/way-out-wilds)**

**Way of the Blade**
**(/games/game/way-blade)**



**Wellspring**
**(/games/game/wellspring)**



**West Journey Treasure Hunt**
**(/games/game/west-journey-treasure-hunt)**



**Western Champions**
**(/games/game/western-champions)**



**What I Like About You**
**(/games/game/what-i-like-about-you)**



**When Pigs Fly**
**(/games/game/when-pigs-fly)**



**When Pigs Fly 2: Bringing Home the Bacon**
**(/games/game/when-pigs-fly-2-bringing-home-the-bacon)**



**White Falls**
**(/games/game/white-falls)**



**White Lion**
**(/games/game/white-lion)**



**White Orchid**
**(/games/game/white-orchid)**



**Who's My Candy Prince?**
**(/games/game/whos-my-candy-prince)**



**Wild Horses**
**(/games/game/wild-horses)**

TOP



**Wild Rodeo**
(/games/game/wild-rodeo)



**Wild Tusks**
(/games/game/wild-tusk)



**Winter Riches**
(/games/game/winter-riches)



**Wishing Riches**
(/games/game/wishing-riches)



**Witches Riches**
(/games/game/witches-riches)



**Woolly Mammoth**
(/games/game/woolly-mammoth)



**Zen Panda**
(/games/game/zen-panda)



**Zhi Nu One Last Chance**
(/games/game/zhi-nu)



**Zombie Zone**
(/games/game/zombie-zone)

(https://www.facebook.com/High5Games) (https://twitter.com/High5Games) (https://www.youtube.com/user/High5Games)

NY Corporate Office:

One World Trade Center
New York, NY 10007
(https://www.google.com/maps/place/One+World+Trade+Center/@40.712909,-74.013303,17z/data=!3m1!4b1!4m2!3m1!1s0x89c25a1bcfb6ae35:0x85229937daa38ca
tel: 212-604-3000 (tel:2126043000)

NJ Corporate Office:

1200 MacArthur Boulevard
Mahwah, NJ 07430
(https://www.google.com/maps/place/1200+MacArthur+Blvd/@41.0779428,-74.1646709,15z/data=!4m2!3m1!1s0x89c2e10d747edf11:0x9d33862d55e7e214)
tel: 201-825-1711 (tel:2128251711)

U.K. Office:

1 St, Katharine's Way
London E1W 1UN, United Kingdom
(https://www.google.com/maps/place/International+House,+1+St+Katharine's+Way,+St+Katharine's+%26+Wapping,+London+E1W+1YL,+UK/@51.5075138,-0.0759993
0.0738051)

KC Corporate Office:

9200 Indian Creek Parkway, Suite 100
Overland Park, KS 66210
(https://www.google.com/maps/place/9200+Indian+Creek+Pkwy+%23100,+Overland+Park,+KS+66210/@38.9327167,-94.6919134,17z/data=!3m1!4b1!4m2!3m1!1s0x

Investor Relations:

IR@H5G.com (mailto:IR@H5G.com)

Business Development:

BD@H5G.com (mailto:BD@H5G.com)

TOP

Media Relations:

MR@H5G.com (mailto:MR@H5G.com)

Careers:

Careers@H5G.com (mailto:Careers@H5G.com)

Licenses

High 5 Games are licensed and regulated by the following authorities

 (https://www.authorisation.mga.org.mt/verification.aspx?company=2c49a44a-8c56-4f55-9195-8ee708f671ef)

© Copyright 1995-2019 High 5 Games. All
rights reserved.

Privacy Policy (https://www.high5games.com/privacy-policy/)

Terms of Use (https://www.high5games.com/terms-of-use/)
Legal Notices (https://www.high5games.com/legal-notices/)