# **EXHIBIT E**



GAMES    PRODUCTS    INNOVATION    NEWS & EVENTS    ABOUT    CAREERS

THE OFFICIAL
# GAME LIBRARY

403 results

Filter by: FEATURES ▲ | PLATFORMS ▼ | THEMES ▼    Sort by: Name: A to Z ▼    View by:

- 1024 Ways to Win (11)
- 15 Free Spins in the Bonus Round (1)
- 243 Ways to Win (19)
- 3 For 1 (8)
- 5 For 1 (10)
- 576 Ways to Win (3)
- 720 Ways to Win (10)
- Activated Scatter Pay (2)
- Activated Wilds (5)
- Actor's Award Ceremony Bonus (1)
- All-Stacks (2)
- Ascension Bonus (1)
- B-O-N-U-S Multiplier (1)
- Balloon Bonus (1)
- Bell Tower Bonus (1)
- Blinking Bucks (4)
- Blood Gem Bonus (1)
- Bonus Collect (18)
- Bonus Select (30)
- Bonus Wheel (1)
- Broadway Bonus (1)
- Build-A-Wild (1)
- Candy Queen Picks (1)
- Cannon Bonus (1)
- Capture Activated Respin (1)
- Capture Bonus (1)
- Capture Feature (5)
- Cash Line (1)
- Catch the Leprechaun Pick Bonus (1)
- Charmed Choice (5)
- Clusterbucks (10)
- Coin Bonus (1)
- Coin Cascade (1)
- Cold Hard Cash Bonus (1)
- Collect-2-Wild Bonus (3)
- Connect-A-Pay (1)
- Connected Lines (22)
- Cow Abduction Bonus (1)
- Customized Payouts (2)
- Diver Bonus (1)
- Double Capture (2)
- Double and Triple Split Symbols (2)
- Doubled Wild Wins (3)
- Enduring Bonus (5)
- Enduring Wilds (2)
- Expanding Wilds (25)
- Exploding Wild (1)
- Find Your Fortune Bonus (4)
- Fishin' Hole Bonus (1)
- Free Games (58)
- Free Games with Collection Awards (2)
- Free Games with Locking Wilds (1)
- Free Spins (7)
- Hi-Lo Stacks Bonus (3)
- Hollywood Star Bonus (1)
- In-A-Row Free Games (2)
- Increasing Locked Wilds (3)
- Increasing Multipliers (1)
- Increasing Wilds (1)
- Independent Reels (6)
- Intuitive Spin Bonus (1)
- Jackpot Bonus (5)
- Jackpots (8)
- Landing Site Bonus (1)
- Lasting Loot (2)
- Locking Wilds (12)
- Loot Line (6)
- Lucky Lights (2)
- Matchmaker Bonus (1)
- Maximized Tumbling Reels (2)
- Milkshake Multiplier (1)
- Mixed 7 Wins (1)
- Multiple Progressives (1)
- Multiplier Collection Feature (2)
- Multipliers (4)
- Multiway Extra (1)
- Mystery Bucks (10)
- Nevermore Bonus (1)
- Nudging Reels with Scatter Bucks (3)
- Nut House Bonus (1)
- Olympian Epic Pick Bonus (1)
- Omni-Bucks (3)
- Payline Multipliers (1)
- Pays That Start From Any Reel (1)
- Pick Berry Bonus (1)
- Pick Bonus (28)
- Pumpkin Pie Pick Bonus (1)
- Racking Up Riches (4)
- Re-Spin & Re-Pay (2)
- ReSpin on Win (3)
- Reel-Go-Round (1)
- Reindeer Round Up Pick Bonus (1)
- Respinning Reels (1)
- Respins (1)
- Reveal-A-Wheel (4)
- Right-to-Left Pays (2)
- Safecracker Bonus (1)
- Saloon Shoot-Em-Up (1)
- Scatter Awards (2)
- Scatter Boost (1)
- Scatter Bucks (22)
- Scatter Pay (2)
- Second Chance Super Stacks (1)
- Select-A-Symbol (1)
- Semi-Stacked Majors (1)
- Spin-crease (2)
- Split Boost Feature (2)
- Split Symbols (59)
- Split Symbols with Super Stacks (2)
- Split Symbols with Tumble Double (1)
- Stacked 7's (1)
- Stacked Scatter Pays (4)
- Stacked Symbols (10)
- Stacked Wilds (64)
- Stepping Out Bonus (1)
- Story Awards (1)
- Super Stacks (85)
- Super Stacks with Block Bucks (2)
- Super Stacks with Super Select (3)
- Super Symbols (14)
- Symbol Fusion (3)
- Tango Respins (1)
- The Golden Dragon Bonus (1)
- The Most Wanted Shoot Out Bonus (1)
- Thief Random Pay (1)
- Timeless Romance Awards (1)
- Trapeze Bonus (1)
- Treasure Tier Bonus (5)
- Triple Symbols (13)
- Triple Wilds (1)
- Tripled Wins During Free Games (2)
- Tumble Blasts (2)
- Tumble Triggers (3)
- Tumbling Reels (44)
- Upgrade Symbol (1)
- Upgrading Split Symbols (1)
- Voodoo Vixens Feature (1)
- Ways (23)
- What You See Is What You Get (3)
- Wild Connections (3)
- Wild Multipliers (11)
- the Silver Sword Collection Bonus (1)




