USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-2-19

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

\---------------------------------------------------------X

IGT,

      -against-

H5G,

      Defendans.

\---------------------------------------------------------X

17 Cv. 9792 (ALC)
19 Cv. 5752 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

The status conference scheduled for December 3, 2019 at 10:30 a.m. will be held telephonically. Plaintiff should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Access Code: 3768660) on the date and at the time specified above.

SO ORDERED.

Dated: New York, New York
      December 2, 2019

ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE