USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-4-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
   IGT,

                           Plaintiff

   --v.--                                1:17-CV-09792 (ALC)

                                  **ORDER**

   HIGH 5 GAMES,

                          Defendant.

-----------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The telephone conference previously scheduled for December 3, 2019 is ADJOURNED to December 11, 2019, at 3:00 p.m. Plaintiff should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

**Dated:** December 4, 2019

       New York, New York

                                                    ANDREW L. CARTER, JR.
                                                   United States District Judge