

Connell Foley LLP
888 Seventh Avenue
9th Floor
New York, NY 10106
P 212.307.3700   F 212.262.0050



**Margot N. Wilensky**
Partner

DATE FILED: 9/18/20

September 16, 2020

**VIA ELECTRONIC FILING**
The Honorable Barbara Moses
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, New York 10007

**MEMO ENDORSED**

Re:   *IGT v. High 5 Games, LLC*
      Docket Nos.: 1:17-cv-9792; 1:19-cv-5752

Dear Judge Moses:

This firm represents Defendant, High 5 Games, LLC. We are writing on behalf of both parties to request an extension of time to file the parties' proposed protective order, which has to be filed today pursuant to Your Honor's Initial Case Management Order.

Counsel for the parties have met and conferred regarding a proposed order regarding ESI protocol and a proposed protective order. Although the parties were able to agree upon a proposed order regarding ESI protocol which was filed today, it has become clear that the parties require additional time to discuss and come to an agreement regarding the proposed protective order.

Accordingly, the parties respectfully request a brief extension of time to file the proposed protective order, until Monday, September 21st. This is the first request for an extension of time to file the proposed order.

Respectfully submitted,

*Margot Wilensky*

Margot N. Wilensky

CC (via ECF): All Counsel of Record

Application GRANTED. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
September 18, 2020

5597827-1