UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IGT,

        Plaintiff,

-against-

HIGH 5 GAMES, LLC,

        Defendant.

17-CV-9792 (ALC) (BCM)

IGT,

        Plaintiff,

-against-

HIGH 5 GAMES, LLC,

        Defendant.

19-CV-5752 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff seeks to move to dismiss, pursuant to Fed. R. Civ. P. 12(c), defendant's Counterclaim No. 1 for Breach of Contract in Case No. 19-CV-5752. (Dkt. No. 187 in Case No. 17-CV-9792). It is hereby ORDERED that, unless the parties stipulate to an alternative schedule, plaintiff shall file its Rule 12(c) motion no later than **October 26, 2020**. Defendant shall file its response no later than **November 9, 2020**. Plaintiff shall file its reply, if any, no later than **November 16, 2020**.

Dated: New York, New York
       September 24, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**