USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IGT, <br>     Plaintiff, <br> -against- <br> HIGH 5 GAMES, LLC, <br>     Defendant. | 17-CV-9792 (ALC) (BCM) |
| IGT, <br>     Plaintiff, <br> -against- <br> HIGH 5 GAMES, LLC, <br>     Defendant. | 19-CV-5752 (ALC) (BCM) <br> **ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the telephonic discovery conference held on January 21, 2021, the Court will conduct a continued telephonic discovery conference on **January 26, 2021, at 9:30 a.m.** At that time, the parties are directed to call (888) 557-8511 and enter the access code 7746387. The parties shall file a joint letter no later than **January 25, 2021**, advising the Court as to any updates in the parties' positions since the January 21 conference.

Dated: New York, New York
       January 22, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**