```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IGT, <br><br>            Plaintiff, <br><br>       -against- <br><br> HIGH 5 GAMES, LLC, <br><br>            Defendant. | 17-CV-9792 (ALC) (BCM) |
| IGT, <br><br>            Plaintiff, <br><br>       -against- <br><br> HIGH 5 GAMES, LLC, <br><br>            Defendant. | 19-CV-5752 (ALC) (BCM) <br><br> **ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed High 5's letter-motion dated March 2, 2021 (Dkt. No. 231 in Case No. 17-CV-9792; Dkt. No. 89 in Case No. 19-CV-5752.) To the extent High 5 seeks reconsideration of this Court's order dated February 16, 2021 (Dkt. No. 230 in Case No. 17-CV-9792; Dkt. No. 88 in Case No. 19-CV-5752), it must comply with Local Civil Rule 6.3 (requiring, inter alia, a notice of motion and "a memorandum setting forth concisely the matters or controlling decisions which counsel believes the Court has overlooked").

To the extent High 5 seeks a discovery conference with respect to new disputes (which cannot wait for the status conference now scheduled for March 23, 2021), it may proceed by letter-motion, *see* Local Civil Rule 37.2, but must comply with my applicable Individual Practices, including section 1(d) (four-page limit) and section 2(b) (letter must succinctly set forth the basis of the dispute and the relief sought; certify that the required good faith meet-and-confer took place; and quote or attach each disputed discovery request or response).

The letter-motion at Dkt. No. 231 in Case No. 17-CV-9792 and Dkt. No. 89 in Case No. 19-CV-5752 is DENIED without prejudice to renewal in accordance with the above.

Dated: New York, New York
       March 3, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**