

4120 Main at North Hills Street
Suite 230
Raleigh, NC 27609
Phone:  984-219-3369
Fax: 984-538-0416
LBorchers@sagepat.com
www.sagepat.com

April 30, 2021

The Honorable Barbara Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, New York 10007

    Re:    *IGT v. High 5 Games, LLC*;  17-cv-09792 ("*IGT I*") & 19-cv-05752 ("*IGT II*")

Dear Judge Moses,

    This letter is a consent motion requesting a 45-day stay of all deadlines in the above-captioned litigations due to a personal concern of counsel for Plaintiff IGT requiring that an attorney for IGT withdraw as counsel. The stay is necessary for IGT to retain new counsel.

    Plaintiff IGT has met and conferred with Defendant High 5 Games, LLC, and Defendant consents to this motion and to the requested 45-day stay.

    Sincerely,

    */s/ Lynne A. Borchers*
Lynne A. Borchers
SAGE PATENT GROUP, PLLC
4120 Main at North Hills Street, Suite 230
Raleigh, North Carolina 27609
(984) 219-3358 (telephone)
(984) 538-0416 (facsimile)
LBorchers@SagePat.com

## CERTIFICATE OF SERVICE

    I, Lynne A. Borchers, hereby certify and affirm that a true and correct copy of the foregoing consent letter motion was served this 30th day of April, 2021, upon all counsel of record via e-mail, as follows:

| | |
|---|---|
| Mr. Jon Fallon | jon.fallon@high5games.com |
| Ms. Kara Cenar | kcenar@greensfelder.com |
| Mr. Patrick McKey | pmckey@greensfelder.com |
| Ms. Margot N. Wilensky | mwilensky@connellfoley.com |
| Ms. Sierra N. Kresin | skresin@connellfoley.com |

    By: */s/ Lynne A. Borchers*
    Lynne A. Borchers