UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IGT,<br><br>　　　　Plaintiff,<br><br>　-against-<br><br>HIGH 5 GAMES, LLC,<br><br>　　　　Defendant. | 17-CV-9792 (ALC) (BCM) |
| IGT,<br><br>　　　　Plaintiff,<br><br>　-against-<br><br>HIGH 5 GAMES, LLC,<br><br>　　　　Defendant. | 19-CV-5752 (ALC) (BCM)<br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

The stay issued by this Court on May 3, 2021 (Dkt. No. 246 in Case No. 17-CV-9792 and Dkt. No. 104 in Case No. 19-CV-5752) having expired by its terms on June 21, 2021, and the Court having issued the parties' Agreed Joint Order on Custodian and Search Term Protocol (Dkt. No. 261 in Case No. 17-CV-9792 and Dkt. No 120 in Case No. 19-CV-5752) and their Stipulated Order Appointing Special Master (Dkt. No. 262 in Case No. 17-CV-9792 and Dkt. No. 119 in Case No. 19-CV-5752); it is hereby ORDERED that the discovery disputes addressed in the parties' letters dated June 28 and July 1, 2021 (Dkt. Nos. 256, 259 in Case No. 17-CV-9792 and Dkt. Nos. 114, 117 in Case No. 19-CV-5752) are referred to the Special Master.

The Clerk of Court is respectfully directed to close Dkt. Nos. 256 and 259 in Case No. 17-CV-9792, and Dkt. Nos. 114 and 117 in Case No. 19-CV-5752.

Dated: New York, New York
　　　　July 7, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**