UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/21

IGT,

                    Plaintiff,

    v.

HIGH 5 GAMES, LLC,

                    Defendant.

Case No. 1:17-cv-09792 (ALC) (BCM)

IGT,

                  Plaintiff,

    v.

HIGH 5 GAMES, LLC,

                  Defendant.

Case No. 1:19-cv-05752 (ALC) (BCM)

~~[PROPOSED]~~ STIPULATED ORDER SETTING CASE SCHEDULE DATES

BARBARA MOSES, United States Magistrate Judge.

The Court having considered the Parties Joint Request for Modification of the Case Schedules in Case No. 1:17-cv-09792 (ALC) (BCM) (filed at Dkt 265) and Case No. 1:19-cv-05752 (ALC) (BCM) (filed at Dkt 123), and for good cause shown, hereby Orders as follows:

| Event | DATE |
|---|---|
| Deadline to Amend Pleadings or Join Additional Parties | **October 29, 2021** |
| Deadline to complete all document production | **March 31, 2021** |
| Deadline to complete fact depositions | **April 29, 2022** |
| Deadline to complete all fact discovery | **May 27, 2022** |
| Fact Discovery Applications are due to the Court or may be deemed untimely | **May 27, 2022** |
| Affirmative Expert Reports: Disclosure of affirmative expert evidence, including the | **April 29, 2022** |

| | |
|---|---|
| identities and initial written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), | |
| **Rebuttal Expert Deadline:** The disclosure of expert evidence intended solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made | June 17, 2022 |
| Depositions of experts shall be completed no later than **July 18, 2022** | **July 18, 2022** |
| All discovery closure date | **July 18, 2022** |
| Pre-motion conference letter regarding SJ due today | **August 29, 2022** |
| Joint pre-Trial Orders Due Unless there are summary judgment motion(s), in which case the joint pretrial order shall be filed no later than 30 days after the decision on the motion(s) | **August 29, 2022 or if** summary judgment motion(s), then the joint pretrial order shall be filed no later than 30 days after the decision on the motion(s). |

All prior dates for the above deadlines previously set in Case No. 1:17-cv-09792 (ALC) (BCM) and Case No. 1:19-cv-05752 (ALC) (BCM), are hereby modified to the above extended dates.

Dated: New York, New York
July 14, 2021

SO ORDERED.

_____
Hon. Barbara C. Moses
UNITED STATES MAGISTRATE JUDGE

The Clerk of Court is respectfully directed to close the letter-motions at Dkt. Nos. 265 and 267 in Case No. 17-CV-9792, and Dkt. Nos. 123 and 125 in Case No. 19-CV-5752.

4845-5988-5552.1