UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/06/2022
```

IGT,

                Plaintiff,

v.

HIGH 5 GAMES, LLC,

                Defendant.

Case No. 1:17-cv-09792 (ALC) (BCM)

IGT,

                Plaintiff,

v.

HIGH 5 GAMES, LLC,

                Defendant.

Case No. 1:19-cv-05752 (ALC) (BCM)

## ORDER GRANTING WITHDRAWAL OF APPEARANCE OF

## TIFFANY A. MIAO

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declaration, Tiffany A. Miao, of Baker & Hostetler LLP, is hereby withdrawn as counsel for Plaintiff, IGT.

SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
January 6, 2022